## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                                     Case No. 4:14-CR-00346-DGK-01

v.

                                     ORDER ON MOTION FOR
                                     SENTENCE REDUCTION UNDER
                                     18 U.S.C. § 3582(c)(1)(A)

JOHN F. BOWEN

                                     (COMPASSIONATE RELEASE)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ GRANTED

    ☐ The defendant's previously imposed sentence of imprisonment of        is reduced to

    . If this sentence is less than the amount of time the defendant already served, the sentence is reduced to a time served; or

    ☐ Time served.

    If the defendant's sentence is reduced to time served:

        ☐   This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made,

and it is safe for the defendant to travel. There shall be no delay in

ensuring travel arrangements are made. If more than fourteen days are

needed to make appropriate travel arrangements and ensure the

defendant's safe release, the parties shall immediately notify the court and

show cause why the stay should be extended; or

☐ There being a verified residence and an appropriate release plan in place,

this order is stayed for up to fourteen days to make appropriate travel

arrangements and to ensure the defendant's safe release. The defendant

shall be released as soon as appropriate travel arrangements are made and

it is safe for the defendant to travel. There shall be no delay in ensuring

travel arrangements are made. If more than fourteen days are needed to

make appropriate travel arrangements and ensure the defendant's safe

release, then the parties shall immediately notify the court and show cause

why the stay should be extended.

☐ The defendant must provide the complete address where the defendant will reside

upon release to the probation office in the district where they will be released because it

was not included in the motion for sentence reduction.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term"

of ☐ probation or ☐ supervised release of           months (not to exceed the unserved

portion of the original term of imprisonment).

☐ The defendant's previously imposed conditions of supervised release apply to

the "special term" of supervision; or

☐ The conditions of the "special term" of supervision are as follows:

☐ The defendant's previously imposed conditions of supervised release are unchanged.

☐ The defendant's previously imposed conditions of supervised release are modified as follows:

☐ DEFERRED pending supplemental briefing and/or a hearing. The court DIRECTS the United States Attorney to file a response on or before _____, along with all Bureau of Prisons records (medical, institutional, administrative) relevant to this motion.

☒ DENIED after complete review of the motion on the merits.

☒ FACTORS CONSIDERED (Optional)

Defendant has not identified an extraordinary and compelling reason for compassionate release. Neither Defendant's age, forty, or his health conditions, Hepatitis C and childhood asthma, place him at high risk of becoming seriously ill or dying from COVID-19 while in custody. Additionally, Defendant has not yet served even six years of his fourteen-year sentence. Finally, the factors set forth in 18 U.S.C. § 3142(g) weigh against granting the motion. At sentencing on his current drug-trafficking conviction, the Court found Defendant's criminal history placed him in Criminal History Category VI, with eight felony convictions, including multiple drug-trafficking convictions and a conviction for assault on a law-enforcement officer. 18 U.S.C. §§ 3142(g)(1), (3). Defendant also has a history of poor adjustment to supervision after release, including engaging in new criminal activity, absconding, and fleeing from police. 18 U.S.C. §§ 3142(g)(3). The Court is concerned that if released, Defendant would pose a danger to the community. 18 U.S.C. § 3142(g)(4).

☐ DENIED WITHOUT PREJUDICE because the defendant has not exhausted all

administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since

receipt of the defendant's request by the warden of the defendant's facility.

IT IS SO ORDERED.

Dated:

November 30, 2020                                    /s/ Greg Kays
                                          _____
                                          UNITED STATES DISTRICT JUDGE